## Bailey *v.* The State.

APPEAL from the City Court of Montgomery.

Tried before the Hon. JOHN G. WINTER.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for an assault with intent to murder; and was convicted of an assault. Judgment of conviction affirmed.

Opinion by McCLELLAN, J.

---

## Cottingham *v.* The State.

APPEAL from Shelby County Court.

Tried before the Hon. J. R. McMILLAN.

W. T. THETFORD, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for an assault with a weapon. There was a motion made in arrest of judgment, which was overruled, and an exception reserved by the defendant. Judgment affirmed.

Opinion by HARALSON, J.